## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JONATHAN DRUMMOND,

        Plaintiff,

v.                                                           Case No.: 6:24-cv-1825-WWB-LHP

THARANCO GROUP, INC.,

        Defendant.

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled. (Doc. 10 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on December 16, 2024.

                                                       WENDY W. BERGER
                                                       UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record